# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ALEX DURODE JOHNSON,**                                                            **PETITIONER**

v.                                                                                 **No. 4:08CV67-P-S**

**STATE OF MISSISSIPPI, ET AL.**                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the state's motion to dismiss is hereby **GRANTED**. The instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

In addition, the court considered all of the proposed amendments that the petitioner set forth in his motions [7], [8] to amend his petition. As such, these motions are hereby **GRANTED.**

Finally, the petitioner moved [4] for a writ of mandamus, seeking an order from this court directing the Mississippi Supreme Court to take action on a document filed with that court. As this court has no jurisdiction to direct the Mississippi Supreme Court to act, the petitioner's motion [4] for a writ of mandamus is hereby **DISMISSED**.

**SO ORDERED,** this the 20th day of November, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE